M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 JUL -3 A 10:06

KELLY O. PHILLIPS/JEFFREY BROOKS
_____
Full name and prison name of
Plaintiff(s)
)
)
)
)
v. Elmore County Corr. Facilities )   CIVIL ACTION NO. 2:07CV619-MEF
_____ )   (To be supplied by Clerk of U.S. District
COMMISSIONER RICHARD ALLEN )   Court)
_____ )
WARDEN THOMAS )
CAPTAIN MOORE )
CAPTAIN HAWTHORNE )
MS. McQUEEN/CLASS. SPEC. )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES☒ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES☒   NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) KELLY PHILLIPS #147985
         _____

         _____

         Defendant(s) PIKE COUNTY JAIL
         _____

         TROY, ALABAMA #36081
         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____
         SOUHTERN DISTRICT OF ALABAMA
         _____

3. Docket number __UNKOWN TO PLAINTIFF__

4. Name of judge to whom case was assigned __SAME__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __WAS TRANSFERRED TO PRISON, DISMISSED FOR FAILURE TO LITIGATE__

6. Approximate date of filing lawsuit __FEBRUARY 2006__

7. Approximate date of disposition __UNKNOWN__

II. PLACE OF PRESENT CONFINEMENT __ELMORE CORR. FACILITY__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __ELMORE CORR. FACILITY__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | WARDEN THOMAS | P.O. BOX 8 ELMORE, ALABAMA 36025 |
| 2. | CAPTAIN WILLIE MOORE | SAME |
| 3. | CAPTAIN HAWTHORNE | SAME |
| 4. | COMMISSIONER RICHARD ALLEN | P.O. BOX 301501 MONTGOMERY, ALABAMA 36130 |
| 5. | MRS. McQUEEN CLASS. SPEC. | P.O. BOX 8 ELMORE, ALABAMA 36025 |
| 6. | COI BOYD | SAME |
| | COI THOMPSON | SAME |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __MAY 12, 2007/JUNE 20 2007, and JUNE 28, 2007__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: VIOLATION OF ADMIN. REG. 207/208, CRUEL AND UNUSAL PUNISHMENT, VIOLATION OF DUE PROCESS, DELIBERATE INDIFFERENCE,

VIOLATION OF 207 RETALLIATION FROM CORRECTIONAL SENIOR OFFICERS TO CAUSE UNDUE MISERY AND HARDSHIP. SEXUAL DISCRIMINATION AND SLANDER, AND DENIAL OF PRISON RELATED PRIVILEGES BECAUSE OF SEXUAL PREFERENCE.

D.O.C Rules, Deliberately disregard homosexual inmates as a preference of people. Rule # 37 in 403 cannot be prevented for naturally gay people without segregateing homosexual males From Heterosexual males over →

This same rule applies for the woman at tutwiler prison that are lesbian females.

As males, known homosexual inmates are carefully scrutinized for ~~homosexual~~ any feminine behavior. Even the ones of us that are female impersonators way before our incarceration. Homosexuailty is not a crime, and homosexuals behave as homosexuals do. Especially in a male prison.

But rule #37 attacks the behavior, but the situation remains the same.

Sex is a natural act! So is femenality for gays!

That cannot be a rule that <u>traps</u> and delays homosexual inmates from our freedom when there is no seperation of heterosexual from homosexual in our houseing.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON MAY 12, 2007 THREE(3) INMATES, VERNON COX, PAUL ANDREWS, AND MYSELF, KELLY PHILLIPS, WERE VERBALLY ABUSED BY OFFICERS AT ELMORE CORRECTIONAL CORRECTIONAL FACILITY. WE WERE CALLED SISSIES, FAGGOTS, ANDPPUNK ASSES. I FILED A LEGITIMATE COMPLAINT ON MAY 15, 2007 to CAPTAIN MOORE AND THE THE WARDEN, AND MAILED COPIES TO COMMISSIONER ALLEN, ELMORE COUNTY D.A. OFFICE, KIM HENDRIX WSFA, AND WAS THREATENED TO LEAVE SITUATION ALONE BY CAPTAIN MOORE. NO PROPER INVESTIGATION WAS DONE.

**GROUND TWO:** 2. VIOLATION OF ADMIN. REG. 207 BY RETALLIATING TO CAUSE PUNISHMENT AND HARDSHIP FOR FILING A COMPLAINT AGAINST OFFICER ON MAY 12, 2007.

**SUPPORTING FACTS:** ON JUNE 20th 2007 INMATE CONFESSED TO WARDEN THOMAS, AND CAPTAIN MOORE AND CAPTAIN HAWTHORNE THAT HE DELIBERATELY STOLE CLOTHING WI[TH] MY PRISON NUMBER ON THEM. BECAUSE IT WAS MY CLOTHING, THEY WOULDNOT LISTEN TO THE TRUTH AND INITIATED PUNISHMENT ON ME THAT KEEPS ME FROM PARTICIPATING INPROGRAMS NEEDED TO PROGRESS AFTER WRITTEN STATEMENTS WERE SIGNED IN FORM OF A CONFESSION, TO PROVE MY INNOCENCE I WAS LAUGHED AT BY HAWTHORNE(CAPT), AFTER PUNISHMENT WAS GIVEN. DISCRIMITIVE REMARKS AND SEXUAL DELIBERATE INDIFFERENCE DISCRIMINATION. I HAVE BEEN TOLD THAT THE ADMINISTRATION DOES NOT LIKE ME BECAUSE I AM A "LITIGATING"SISSY" BY CAPT. NMOORE.

**GROUND THREE:** and PROGRESS BY MS. McQUEEN AND TOLD I WAS NOT ELIGIBLE FOR ANYTHING BECAUSE I WAS A FEMALE IMPERSONATOR ON THE STREET AT A PROGRESS REVIEW BEFORE MS. McQUEEN. (JEFFREY BROOKS#133348). MRS. McQUEEN IS DENYING ELIGIBLE INMATES OPPORTUNITY TO MOVE ON FROM E.C.C.

**SUPPORTING FACTS:** (CHECK HER CASELOAD) AND USE HER CASELOAD AS EVIDENCE TO HOW MANY SHE HAS NOT SEEN EVERY (6) MONTHS FOR PROCESSING AND REVIEW.

Cruel and unusual punishment, Inadequate Health care Proceed[ure] Inadequate Laundry Facility. (1) one Laundry For (5) Five institutions Force inmates to have to wash clotheing by hand and Risk disciplinary Action to keep clean. State issues (3) sets of underclotheing Laurdry bags Are washed (1) once a week by rule! So if an inmate works (5) days a week his clotheing is dirty. There are (7) days in a week. But if we wash by hand its a disciplinary. But Each institution Should afford their own Laundry Facility. But Not Elmore Co DVCR →

Elmore County Correctional washes clotheing for

Alex City Wk. Release, 200 inmates (over
Drapper Corr Facility, over 1000 inmates
Frank Lee Y. Center, over 500 inmates
Elmore Corr. Facility, over 500 inmates
Staton Corr. Facility, over 1500 inmates

Allowing Inmates without a choice but to handwash there clotheing if they want to stay clean.
Then recieve displinary action for doing so.
This is cruel and unusual punishment.
Especially when there is (1) ONE Laundry Facility for all the above institutions.

Same situation applies for Medical Unit (1) ONE Medical Doctor for each institution. All medical needs are addressed at Staton. In case of more than (1) one serious medical emergency, theres but (1) one M.D. for (5) institutions.

For washing clothes alone, ALL (5) institut... Elmore County has issued numerous inmates citations and disciplinaries then uses these infractions to delay these inmates in moveing out of an already overcrowded situation.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

investigate all parties involved, make honest fair judgements, and discipline those needed to be disciplined. award monetary damages for pain and suffering and mental anguish at this institution. demand all parties involved to remain at this institution to ensure these proceedings are not prejudiced. And, The demotion of both Captin Moore, & Hawthorne for deliberate retalliation against inmates.

x __Kelly Phillips 147985__
x __[signature]__
Signature of plaintiff(s)

kelly phillips#147985
JEFFREY BROOKS#133348

x _____
I declare under penalty of perjury that the foregoing is true and correct. VERNON COX#179181

Executed on June 29, 2007
           (Date)

x _____
Signature of plaintiff(s)

x _____

Kelly Phillips #147925 B-1-34
P.O. Box 8
Elmore Al. 36025

MONTGOMERY AL 361
02 JUL 2007 PM 4 L

U.S. District of Al.
Office of The Clerk
P.O Box 711
Montgomery Al. 36101