IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| KELLY O. PHILLIPS, #147 985<br>JEFFREY BROOKS, #133 348<br><br>    Plaintiffs,<br><br>    v.<br><br>ELMORE COUNTY CORRECTIONAL<br>FACILITY, *et al.*,<br><br>    Defendants. | *<br><br>*<br><br>*<br><br>*           2:07-CV-619-MEF<br><br>*<br><br>*<br><br>* |

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action alleging a violation of their constitutional rights arising from certain conditions of their confinement at the Elmore Correctional Facility. Only Plaintiff Phillips has filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open two (2) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Kelly Phillips;

    2. Assign the newly opened case to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

    3.  Place a copy of the complaint filed by inmates Phillips and Brooks in the newly opened case file;

    4.  Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

    Done, this 6th day of July 2007.

                                       /s/ Susan Russ Walker  
                                       SUSAN RUSS WALKER  
                                       UNITED  STATES  MAGISTRATE  JUDGE