IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELLY O. PHILLIPS, #147985, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv619-MEF |
| | ) (WO) |
| ELMORE COUNTY CORRECTIONAL | ) |
| FACILITY, *et al*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On August 20, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, which Recommendation is hereby adopted, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

Done this the 11th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE