```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000636
Cashier ID: khaynes
Transaction Date: 10/04/2007
Payer Name: STATON CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: KELLY PHILLIPS
 Case/Party: D-ALM-2-07-CV-000619-001
 Amount:          $25.00
-------------------------------------
CHECK
 Check/Money Order Num: 5288
 Amt Tendered:  $25.00
-------------------------------------
Total Due:       $25.00
Total Tendered:  $25.00
Change Amt:      $0.00
```