DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003009
Cashier ID: brobinso
Transaction Date: 01/07/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: KELLY PHILLIPS
 Case/Party: D-ALM-2-07-CV-000619-001
 Amount:         $30.00
------------------------------------
CHECK
 Check/Money Order Num: 5555
 Amt Tendered:  $30.00
------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00